♦AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| Rafael Maldonado-Villalpando | (For Offenses Committed On or After November 1, 1987) |
| | CASE NUMBER: 05CR0449-W |
| | Gregory Murphy, Federal Defenders Inc. |
| | Defendant's Attorney |

**REGISTRATION No.** 93438198

THE DEFENDANT:
X  was found in violation based on his conviction in 06CR0772-T

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| **Allegation Number** | **Nature of Violation** |
|---|---|
| one   (Nv1) | Committed Law Violation |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

March 12, 2007
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

DEFENDANT: RAFAEL MALDONADO-VILLALPANDO (01)
CASE NUMBER: 05CR0449-W

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months, to run consecutive to the sentence imposed in 06CR0772-T.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

_____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL